UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALOME A. JACOB, | ) | No. CV 07-6118-RC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ADJUDGED that Judgment shall be entered in favor of defendant.


DATED: Sept. 18, 2008          /s/ ROSALYN M. CHAPMAN
                                    ROSALYN M. CHAPMAN
                               UNITED STATES MAGISTRATE JUDGE




R&R-MDO\07-6118.jud
9/18/08